IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY AROCHA,

        Plaintiff,                    No. 2: 11-cv-2959 KJN P

    vs.

E. SAUCEDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2011, plaintiff consented to the jurisdiction of the undersigned. (Dkt. No. 9.)

        On November 7, 2011, plaintiff filed a motion for a preliminary injunction. (Dkt. No. 2) At that time, plaintiff was housed at High Desert State Prison ("HDSP"). On April 16, 2011, plaintiff filed another motion for injunctive relief. (Dkt. No. 22.) This motion, signed by plaintiff on October 27, 2011, was prepared by plaintiff while he was housed at HDSP. (<u>Id.</u> at 18.) In both motions, plaintiff requests injunctive relief regarding conditions at HDSP.

        On April 16, 2011, plaintiff filed a notice of change of address indicating that he is now housed at California State Prison-Corcoran ("Corcoran").

////

1

When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford, 423 U.S. 147, 149 (1975); Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995).  Accordingly, plaintiff's motions for injunctive relief are denied as moot because plaintiff is no longer housed at HDSP.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for injunctive relief (Dkt. Nos. 2, 22) are denied.

DATED:   April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ar2959.pi