IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDYAROCHA,

      Plaintiff,                    No. 2: 11-cv-2959 KJN P

      vs.

E. SAUCEDA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2012, the undersigned dismissed plaintiff's second amended complaint with leave to file a third amended complaint within thirty days. The undersigned further ordered that if plaintiff did not file a third amended complaint within that time, this action would proceed on the colorable claims contained in the first amended complaint. Thirty days passed and plaintiff did not file a third amended complaint. Accordingly, on July 20, 2012, the undersigned ordered service of the colorable claims contained in the first amended complaint.

      On August 20, 2012, plaintiff filed a "motion for relief from judgment." In this motion, plaintiff alleges that he did not receive the May 31, 2012 order. Plaintiff requests an opportunity to file a third amended complaint. Good cause appearing, plaintiff is granted an

1

opportunity to file a third amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief from judgment (Dkt. No. 28), construed as a request to vacate the July 20, 2012 order, is granted;

2. Plaintiff is granted thirty days to file a third amended complaint;

3. The Clerk of the Court is directed to re-serve plaintiff with the May 31, 2012 order (Dkt. No. 25).

DATED:  August 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ar2959.res