IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY AROCHA,

        Plaintiff,                     No.  11-cv-2959 KJN P

    vs.

E. SAUCEDA, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions for leave to file a third amended complaint in excess of twenty pages filed September 10, 2012, and September 26, 2012.  On September 27, 2012, plaintiff filed a fifty-six page third amended complaint.

        The undersigned has previously ordered that plaintiff's amended complaints may be no longer than twenty pages.  (<u>See</u> Dkt. Nos. 10, 14.)  In the pending motions, plaintiff alleges that he cannot state his claims in a complaint that is twenty pages long.

        After reviewing the pleadings, the undersigned finds that plaintiff may state his claims in a complaint that is substantially shorter than fifty-six pages.  Accordingly, the third amended complaint is dismissed because it is does not contain a short and plain statement of the claims as required by Federal Rule of Civil Procedure 8(a).

1

1         Based on the pending motions, plaintiff is granted leave to file a third amended
2 complaint that is thirty pages long.  If plaintiff files a third amended complaint that is longer than
3 thirty pages, this action will be dismissed.
4         Accordingly, IT IS HEREBY ORDERED that:
5         1.  Plaintiff's motions for leave to file a third amended complaint that exceeds
6 twenty pages (Dkt. Nos. 30, 32) are denied;
7         2.  Plaintiff's third amended complaint (Dkt. No. 31) is dismissed;
8         3.  Plaintiff is granted thirty days to file a third amended complaint that is no
9 longer than thirty pages long.
10 DATED:  October 16, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ar2959.or(2)