IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY AROCHA,

        Plaintiff,                    No.  11-cv-2959 KJN P

    vs.

E. SAUCEDA, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions for leave to file a third amended complaint in excess of twenty pages filed September 10, 2012, and September 26, 2012.  On September 27, 2012, plaintiff filed a fifty-six page third amended complaint.

        The undersigned has previously ordered that plaintiff's amended complaints may be no longer than twenty pages.  (See Dkt. Nos. 10, 14.)  In the pending motions, plaintiff alleges that he cannot state his claims in a complaint that is twenty pages long.

        After reviewing the pleadings, the undersigned finds that plaintiff may state his claims in a complaint that is substantially shorter than fifty-six pages.  Accordingly, the third amended complaint is dismissed because it is does not contain a short and plain statement of the claims as required by Federal Rule of Civil Procedure 8(a).

1

1  Based on the pending motions, plaintiff is granted leave to file a third amended
2 complaint that is thirty pages long.  If plaintiff files a third amended complaint that is longer than
3 thirty pages, this action will be dismissed.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. Plaintiff's motions for leave to file a third amended complaint that exceeds
6 twenty pages (Dkt. Nos. 30, 32) are denied;
7  2. Plaintiff's third amended complaint (Dkt. No. 31) is dismissed;
8  3. Plaintiff is granted thirty days to file a third amended complaint that is no
9 longer than thirty pages long.
10 DATED: October 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ar2959.or(2)