UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA, | No.  2:11-cv-2959 KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SAUCEDA, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 11, 2013, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendants Munoz and Montenez was returned unserved because "need more information or not listed in CDCR locator."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the third amended complaint filed January 9, 2013;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed complaint filed January 9, 2013; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

**Date:  7/3/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

aroc2959.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA,<br><br>          Plaintiff,<br><br>   v.<br><br>E. SAUCEDA, et al.,<br><br>          Defendants. | No.  2:11-cv-2959 KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

                                 Complaint

DATED:

                                        _____

                                                  Plaintiff