1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RUDY AROCHA,                          No.  2:11-cv-2959 KJN P

12                Plaintiff,

13        v.                                ORDER

14    E. SAUCEDA, et al.,

15                Defendants.

16

17         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18    relief pursuant to 42 U.S.C. § 1983.

19         On June 11, 2013, the court ordered the United States Marshal to serve the complaint on

20    defendants.  Process directed to defendant S. Hart was returned unserved because "not at Deuel

21    Vocational Institution."  Plaintiff must provide additional information to serve this defendant.

22    Plaintiff shall promptly seek such information through discovery, the California Public Records

23    Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the

24    required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

25         Accordingly, IT IS HEREBY ORDERED that:

26         1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

27    an instruction sheet and a copy of the amended complaint filed January 9, 2013;

28    ////

1

1        2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

2    attached Notice of Submission of Documents to the court, with the following documents:

3            a.  One completed USM-285 form for defendant S. Hart;

4            b.  Two copies of the endorsed complaint filed January 9, 2013; and

5            c.  One completed summons form (if not previously provided) or show good cause

6    why he cannot provide such information.

7    Dated:  August 14, 2013

8

9    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

10    aroc2959.8e(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RUDY AROCHA,                              No.  2:11-cv-2959 KJN P

12              Plaintiff,

13         v.                                  NOTICE OF SUBMISSION OF
                                               DOCUMENTS
14   E. SAUCEDA, et al.,

15              Defendants.

16

17         Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19         ____          completed summons form

20         __1__         completed USM-285 forms

21         __2__         copies of the ___January 9, 2013_____
                                              Complaint
22

23   DATED:

24

25

26                                        _____

27                                        Plaintiff

28
                                             3