UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA,  Plaintiff,  v.  E. SAUCEDA, et al.,  Defendants. | No. 2:11-cv-2959 LKK KJN P  ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.

On April 23, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Rogel was returned unserved because "unable to forward, no new address." Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the third amended complaint filed January 9, 2013; and

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed January 9, 2013; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: January 8, 2014

aroc2959.8e(3)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. SAUCEDA, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-2959 LKK KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　\_\_\_\_   completed summons form

　　　\_\_\_\_   completed USM-285 forms

　　　\_\_\_\_   copies of the <u>January 9, 2013</u>

　　　　　　　Third Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Plaintiff

3