UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY AROCHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SAUCEDA, et al.,<br><br>　　　　Defendants. | No. 2: 11-cv-2959 MCE KJN P<br><br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2014, defendants Hart, Munoz and Rogel filed a motion for summary judgment. (ECF No. 111.) On May 9, 2014, defendants Hart, Munoz and Rogel filed a motion to dismiss. (ECF No. 114.)

  On May 15, 2014, the undersigned granted plaintiff an extension of thirty days to file his opposition to defendants' summary judgment motion. (ECF No. 115.) On July 10, 2014, the undersigned granted plaintiff's request for a sixty days extension of time to file his oppositions to defendants' motion to dismiss and motion for summary judgment. (ECF No. 119.) Sixty days passed and plaintiff did not file his oppositions to these motions.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days plaintiff shall show cause why plaintiff should not be sanctioned and/or why this action should not be dismissed for his failure to file oppositions to defendants' pending motions.

Dated: September 17, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ar2959.osc(2)